UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: TRANSFER OF CERTAIN PRISONER CASE FROM THE ORLANDO DIVISION TO THE JACKSONVILLE DIVISION,

_____

## ORDER OF TRANSFER

Pursuant to my administrative powers as Chief Judge, it is

**ORDERED**:

1. The Clerk of the Court is directed to transfer to the United States District Court, Middle District of Florida, Jacksonville Division, on a weekly basis, one-half of all prisoner cases filed in the Orlando Division, excluding death penalty habeas corpus and 28 U.S.C. § 2255 actions, with a case number terminal digit of two, four, six, seven, or nine.

2. The Clerk of the Court shall docket a copy of this Order in each case transferred pursuant to paragraph one.

**DONE AND ORDERED** at Orlando, Florida, this 1st day of October, 2004.

PATRICIA C. FAWSETT
CHIEF UNITED STATES DISTRICT JUDGE

Copies to:
sa 9/30
Counsel of Record
Unrepresented Parties